388

SAMUEL S. SALITAN, *ET AL.*, PLAINTIFFS-PETITIONERS, v. FINN H. MAGNUS, *ET AL.*, DEFENDANTS-RESPOND-ENTS.

*Mr. Max L. Rosenstein* and *Mr. Harry A. Margolis* for the petitioners.

*Mr. Israel B. Greene* for the respondents.

October 17, 1960.   Denied.

DANIEL J. KOPEC, PLAINTIFF-PETITIONER, v. THEODORE S. KAKOWSKI, DEFENDANT-RESPONDENT.

*Mr. Thomas F. McGuire* and *Mr. Sidney P. McCord, Jr.,* for the petitioner.

*Messrs. Kisselman, Devine, Deighan & Montano* for the respondent.

October 17, 1960.   Granted.